UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIA MANCILLA,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ABM INDUSTRIES, INC., ABM INDUSTRIES, INC. d/b/a JANITORIAL SERVICES INC., ABM INDUSTRIES INC. d/b/a ABM ONSITE SERVICES, INC., SCOTT SALMIRS, and EDDIE SANDERS,<br><br>                              Defendants. | 20 Civ. 1330 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

The show-cause hearing scheduled in this matter for May 5, 2021, is ADJOURNED to **May 14, 2021, at 10:00 a.m.** The conference will proceed by telephone. At the specified date and time, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available before 10:00 a.m.

Plaintiff is ORDERED to serve a copy of this Order upon Defendant Eddie Sanders at his last known address at the Clayton County Jail, 9157 Tara Blvd., Jonesboro, GA 30236, or his counsel on or before **April 30, 2021**. Proof of service shall be filed on the docket on or before **May 7, 2021**.

SO ORDERED.

Dated:   April 23, 2021
             New York, New York

*[Signature: Katherine Polk Failla]*

_____
KATHERINE POLK FAILLA
United States District Judge