UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIA MANCILLA,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>ABM INDUSTRIES, INC., ABM INDUSTRIES, INC. d/b/a ABM JANITORIAL SERVICES INC., ABM INDUSTRIES, INC. d/b/a ABM ONSITE SERVICES, INC., SCOTT SALMIRS, and EDDIE SANDERS,<br><br>                    Defendants. | 20 Civ. 1330 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

On February 28, 2022, the Court ordered the parties to file a joint update of the status of related arbitration proceedings on or before November 21, 2022. (Dkt. #61). The parties never filed that update. Instead, on November 9, 2022, they filed a stipulation of voluntary dismissal. (Dkt. #62). The Clerk of Court advised the parties of an error with that filing. (Minute Entry for November 10, 2022). The parties refiled their stipulation of dismissal on November 10, 2022 (Dkt. #63), which the Clerk of Court again rejected for filing errors (Minute Entry for November 14, 2022). As a result, this case remains on the Court's active docket and the parties are in violation of the Court's February 28, 2022 Order.

Accordingly, the parties are hereby ORDERED to provide a joint status update on or before **December 23, 2022**, provided the parties have not corrected their stipulation of dismissal by that date.

SO ORDERED.

Dated: December 19, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge